■  L. LURIA & SON, INC., Respondent, v. ABRAHAM H. BERGER, Appellant. — Appeal from order and judgment withdrawn, with prejudice.  Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

## (October 8, 1963)

■  WERNER EK BUILDING CORP. v. MELROSE LUMBER COMPANY, INC.— Motion for resettlement granted and the order of this court entered on June 25, 1963 [*ante,* p. 612] is resettled to read as follows:  " It is ordered that the order so appealed from be, and the same hereby is, modified on the law to the extent of granting, with $10 costs, defendant's motion for summary judgment dismissing the complaint and severing the cause of action alleged in the counterclaim and, as so modified, affirmed, with $20 costs and disbursements to the appellant, and the clerk is directed to enter judgment accordingly, with costs.  Submit resettled order."  Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.